UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ANDREW K. EVANS,

                Petitioner,

-vs-                                            Case No.  6:05-cv-1835-Orl-22DAB

SECRETARY, DEPARTMENT OF
CORRECTIONS, and FLORIDA ATTORNEY
GENERAL,

                Respondents.
_____

**<u>ORDER</u>**

This case is before the Court on the following matters:

1.      Respondents filed a Response (Doc. No. 5), in which they incorporate a request to dismiss the Petition.  They submitted numerous documents in support of their request to dismiss the Petition.

Petitioner will be provided with an opportunity to file a reply to the Response. Petitioner should not depend upon the mere allegations in his pleadings to counter the Response. Petitioner should respond with counter sworn affidavits and/or documents to set forth specific facts showing that there is a genuine issue of material fact in dispute.  If Petitioner fails to respond to the Response, or, if he responds and the response does not demonstrate that there is a genuine issue of material fact, the Court may declare that the facts in the affidavits and/or documents supporting the Response are established as true and that there is no genuine issue of material fact in dispute.  In that event, if the applicable

law allows, Respondents will be entitled to have the case dismissed and final judgment entered in their favor based upon the pleadings, affidavits, and other documentation. In that event, there will be no evidentiary hearing, and the case will be terminated in this Court.

Petitioner shall have **THIRTY (30) DAYS** from the date of this order to reply to the Response. Thereafter, the Response will be taken under advisement by the Court and an order entered thereon without further notice. Petitioner is again warned that an order could result in the case being terminated without any further proceedings.

2. With regard to question 15 on the habeas petition form, Petitioner was asked if he had previously filed any petitions with respect to his judgment and conviction in any federal court, and Petitioner responded "No." Petitioner also declared, "under penalty of perjury" that the information contained therein was "true and correct." It appears that Petitioner previously filed a federal habeas petition in this Court, *see* case number 6:03-cv-1421-Orl-31JGG; therefore, within thirty days from the date of this Order, he should file a written statement indicating why sanctions should not be imposed for his failure to truthfully answer all of the questions contained in the habeas petition.

**DONE AND ORDERED** in Orlando, Florida, this 5th day of May, 2006.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies to:
pslc 5/5
Counsel of Record
Andrew K. Evans